## NO. 12-14-00018-CR

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE |
| | § | |
| VS. | § | TWELFTH COURT |
| | § | |
| ROBERT CLAYTON | § | OF APPEALS |

**FILED**

4/20/2015

**Twelfth Court of Appeals
Cathy Lusk
Clerk**

## MOTION TO SUPPLEMENT THE RECORD

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes ROBERT CLAYTON, Appellant in the above styled and numbered case, by and through his attorney of record, before the decision in this Court has been delivered, and respectfully moves this Court to order JONETTE JACKSON, the court reporter for the guilt/innocence portion of the trial, to supplement the record in this case pursuant to the Texas Rules of Appellate Procedure, and as support would show the Court:

I.

This Court is aware of the difficulty Appellant's counsel and this Court have had in obtaining the reporter's record from JONETTE JACKSON, the court reporter for the guilt/innocence portion of the trial. Because Ms. Jackson refused to send counsel a copy of the record and did not file a copy with the District Clerk, Appellant's counsel requested a copy of the reporter's record from this Court and also requested additional time to request supplements or amendments to the record on February 17, 2015. Appellant's counsel received a record purporting to be the "Trial on the Merits" from this Court on February 20, 2015.

II.

Counsel looked at this record and noted that it was the "Trial on the Merits."

After receiving the record, Appellant's counsel was involved in a jury trial and other court settings and was unable to review the record completely. Because of this, Appellant's counsel filed a Motion to Extend Time to File Brief on March 19, 2015. Since that time, counsel has reviewed the record purporting to be the "Trial on the Merits" and discovered that it did not contain the *entire* trial on the merits. Ms. Jackson failed to include the voir dire examination, the examination of the State's final witnesses in the State's case-in-chief, the defendant's case-in-chief, closing arguments, the verdict, and the evidence presented at trial.

### III.

Appellant's counsel is requesting that this Court order JONETTE JACKSON to supplement the record by providing counsel and this Court with the transcript of the voir dire examination, the examination of the State's final witnesses in the State's case-in-chief, the defendant's case-in-chief, closing arguments, the verdict, and the evidence presented at trial.

### IV.

Appellant's counsel has conferred with the Anderson County District Attorney, Allyson Mitchell, and she does not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, Appellant, by and through his attorney of record prays that the Court will grant this motion and order JONETTE JACKSON to supplement the record by providing counsel and this Court with the transcript of the voir dire examination, the examination of the State's final witnesses in the State's case-in-chief, the defendant's case-in-chief, closing arguments, the verdict, and the evidence presented at trial.

Respectfully submitted,

Philip C. Fletcher
Attorney at Law
800 North Mallard
Palestine, Texas 75801
Tel: (903) 731-4440
Fax: (903) 731-4474

By:_____
PHILIP C. FLETCHER
State Bar No. 00787478
fletchlaw@yahoo.com
Attorney for ROBERT CLAYTON

## CERTIFICATE OF SERVICE

This is to certify that on April 20 , 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Anderson County, 500 North Church, Palestine, Texas, by personal delivery.

PHILIP C. FLETCHER

**STATE OF TEXAS** §
§
**COUNTY OF ANDERSON** §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared PHILIP C. FLETCHER, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion to Supplement the Record and swear that all of the allegations of fact contained therein are true and correct."

_____
PHILIP C. FLETCHER
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on April 20, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

JENNIFER HART
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
08-07-2016